# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 22-1650V

| | |
|---|---|
| ISRAEL COLLINS, | Chief Special Master Corcoran |
| Petitioner, | Filed: December 23, 2025 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Verne E. Paradie, Jr., Paradie, Rabasco & Seasonwein, Lewiston, ME,* for Petitioner.

*Eleanor Hanson, U.S. Department of Justice, Washington, DC,* for Respondent.

**RULING ON ENTITLEMENT**[1]

On November 7, 2022, Israel Collins ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered from Guillain-Barré syndrome ("GBS") as a result of receiving an influenza ("flu") vaccination on November 14, 2019. Pet., ECF No. 1. Petitioner further alleges that he suffered the residual effects of his injury for more than six months. *Id.* The case was assigned to the Special Processing Unit of the Office of Special Masters.

On December 10, 2025, Respondent filed his Amended Rule 4(c) report in which he states that he does not contest that based on the current record Petitioner is entitled to compensation in this case. Am. Respondent's Rule 4(c) Report at 2, ECF No. 45.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Specifically, Respondent stated that "[P]etitioner has satisfied the criteria set forth in the Vaccine Injury Table [] and the Qualifications and Aids to Interpretation [], which afford [P]etitioner a presumption of causation if the onset of GBS occurs between three and forty-two days after a seasonal flu vaccination and there is no apparent alternative cause." *Id.* at 3 (citing 42 C.F.R. §§ 100.3 (a)(XIV)(D), (c)(15)). Respondent agreed that Petitioner "has satisfied all legal prerequisites for compensation under the Act." *See id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u><br>
Brian H. Corcoran<br>
Chief Special Master